Steven C. Vondran, [SBN 232337]
**THE LAW OFFICES OF STEVEN C. VONDRAN, PC**
620 Newport Center Drive, Suite 1100
Newport Beach, CA 92660
Telephone: (877) 276-5084
Facsimile: (888) 551-2252
E-mail:  steve@vondranlegal.com

*Attorney for Plaintiff Paul Velgos*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

PAUL VELGOS, an individual,

Plaintiffs,

v.

MONEYTOMOVEON.COM, LLC, a California Limited Liability Company, and BRUCE WILLIAMS, an individual and DOES 1-10 inclusive,

Defendants.

CASE NO.  2:24-cv-08600-JFW-AS

**REQUEST TO ENTER DEFAULT**

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Plaintiff Paul Velgos hereby requests that the Clerk of the above-entitled Court enter default in this matter against Defendants MONEYTOMOVEON.COM, and BRUCE WILLIAMS, on the grounds that said Defendants has failed to appear or otherwise respond to the Summons and Complaint with the time prescribed by the Federal Rules of Civil Procedure.

Said Defendants were duly served with the summons and complaint, evidenced by the Proof of Service on file with the court.

1

NOTICE OF DEFAULT AND APPLICATION FOR ENTRY DEFAULT JUDGMENT BY COURT

DATED: February 6, 2025.          THE LAW OFFICES OF STEVEN C. VONDRAN

By:  /s/ Steve Vondran
Steven C. Vondran, Attorney for
Paul Velgos

THE LAW OFFICES OF STEVEN C. VONDRAN, P.C.
620 Newport Ctr., Suite 1100
Newport Beach, California 92660

NOTICE OF DEFAULT AND APPLICATION FOR ENTRY DEFAULT JUDGMENT BY COURT